IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

| | | | |
|---|---|---|---|
| Civil Action No: | 14-cv-02168-PAB-KMT | Date: | October 26, 2015 |
| Courtroom Deputy: | Sabrina Grimm | FTR: | Courtroom C-201 |

*Parties:*                                                                                   *Counsel:*

STEPHEN L. BROCKHOUSE,                                              Jennifer Robinson

   Plaintiff,

v.

BOULDER COMMUNITY HOSPITAL,                                 Michael Schreiner

   Defendant.

## COURTROOM MINUTES

**MOTION HEARING**

**1:31 p.m.**     **Court in session.**

Court calls case. Appearances of counsel.

Discussion and argument regarding request for production no. 7, production of emails, preservation, documents on the privilege log, re-indexing corrupt files, workers comp files, depositions, document production, and sanctions.

**ORDERED:  Plaintiff's Motion to Compel and Motion for a Forthwith Hearing [41] is GRANTED, as stated on record. Plaintiff is awarded reasonable costs and attorney fees, against Defendant, incurred in pursuing this Motion to Compel. Plaintiff shall submit an accounting for reasonable costs associated with the preparation and presentation of the motions, including attorney's fees, on or before November 2, 2015. Any objections to the reasonableness of the amount claimed shall be filed on or before November 9, 2015.**

**ORDERED:  The following discovery deadlines are extended:**
- **Discovery cut off – December 1, 2015.**
- **Dispositive motions – January 4, 2016.**

**2:51 p.m.**     **Court in recess.**

Hearing concluded.
Total in-court time:    01:20

*To obtain a transcript of this proceeding, please contact Stevens-Koenig Reporting at 303-988-8470.